SWARTZ, APPELLEE, *v*. HOUSEHOLDER ET AL., APPELLANTS.

SHANNON ET AL., APPELLEES, *v*. HOUSEHOLDER ET AL., APPELLANTS.

2016-Ohio-5817.]

(Nos. 2014–1208 and 2014–1209—Submitted August
31, 2016—Decided September 15, 2016.)

{¶ 1} The judgments of the court of appeals are reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, 149 Ohio St.3d 512, 2016-Ohio-5796, 76 N.E.3d 1089, and *Walker v. Shondrick–Nau*, 149 Ohio St.3d 282, 2016-Ohio-5793, 74 N.E.3d 427.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Critchfield, Critchfield & Johnston, Ltd., Steven J. Shrock, and Clinton Bailey, for appellees.

Burton Law, L.L.C., and Robert L. Guehl, for appellants.